UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE: ) CASE NO: 19-43374-399
DOUGLASS E SHRUM )
CYNTHIA L SHRUM ) Chapter 13
3480 FALCON AVE )
BRIDGETON, MO 63044-3126 )
          **Debtors** )

**NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS**

Comes now DIANA S. DAUGHERTY, Standing Chapter 13 Trustee in Bankruptcy herein and states to the Court that she has examined claims filed herein and proposes to pay filed claims in the amount and as part of the class all as described herein.

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| JASON DANIEL FAUSS<br>11965 ST CHARLES ROCK RD<br>STE 202<br>BRIDGETON, MO 63044 | 2,400.00 | 25/ADDITIONAL ATTORNEY FEE<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| JASON DANIEL FAUSS<br>11965 ST CHARLES ROCK RD<br>STE 202<br>BRIDGETON, MO 63044 | 1,960.00 | 16/ATTORNEY FEE<br>ACCT:<br>COMM:<br>REG PYMT: $108.89<br>INT RATE: 0.00 |
| WELLS FARGO BANK NA<br>1 HOME CAMPUS<br>C/O MAC #F2302-04C<br>DES MOINES, IA 50328 | 67,745.57 | 0/Home Mortgage Payment -- Outside<br>ACCT: 9627<br>COMM: #4 1D/T 3480 FALCON<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| WELLS FARGO BANK NA<br>1 HOME CAMPUS<br>C/O MAC #F2302-04C<br>DES MOINES, IA 50328 | 0.00 | 20/Mortgage Arrearage<br>ACCT: 9627<br>COMM: 48MO 3480 FALCON<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS                                           Page 2
CASE NO: **19-43374-399**

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| AMERICAN EXPRESS<br>PO BOX 650448<br>DALLAS, TX  75265-0448 | 0.00 | 39/Unsecured<br>ACCT: 1002<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 10,961.92 | 40/Unsecured<br>ACCT: 2668<br>COMM: #6 CITIBANK/SEARS<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| BARCLAYS CARD SVCS<br>PO BOX 60517<br>CITY OF INDUSTRY, CA  91716-0517 | 0.00 | 40/Unsecured<br>ACCT: 1718<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CHASE CARDMEMBER SERV<br>PO BOX 15548<br>WILMINGTON, DE  19886-5548 | 0.00 | 40/Unsecured<br>ACCT: 0805<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| DISCOVER BANK<br>PO BOX 3025<br>C/O DISCOVER PRODUCTS INC<br>NEW ALBANY, OH  43054-3025 | 335.88 | 39/Unsecured<br>ACCT: 9627<br>COMM: #1<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| JOHN DEERE FINANCIAL<br>PO BOX 93784<br>C/O WELTMAN, WEINBERG & REIS<br>CLEVELAND, OH  44101 | 1,836.31 | 40/Unsecured<br>ACCT: 0041<br>COMM: #5<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LOWES<br>PO BOX 530914<br>ATLANTA, GA  30353-0914 | 0.00 | 40/Unsecured<br>ACCT: 1002<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| NATIONAL RECOVERY AGENT<br>2491 PAXTON ST<br>HARRISBURG, PA  17111-1036 | 0.00 | 40/Unsecured<br>ACCT: 9112<br>COMM: EXPRESS SCRIPTS<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| PAYPAL BUYER CREDIT<br>PO BOX 965005<br>C/O HSBC<br>ORLANDO, FL  32896 | 0.00 | 39/Unsecured<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SYNCHRONY BANK<br>PO BOX 965061<br>ORLANDO, FL  32896-5061 | 0.00 | 40/Unsecured<br>ACCT: 6660<br>COMM: CARE CREDIT<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| TD BANK USA NA<br>PO BOX 3978<br>C/O WEINSTEIN & RILEY PS<br>SEATTLE, WA  98124 | 483.30 | 40/Unsecured<br>ACCT: 8883<br>COMM: #2<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| WELLS FARGO BANK NA<br>PO BOX 9210<br>C/O RECOVERY DEPT/CARD SVCS<br>DES MOINES, IA  50306 | 10,059.44 | 40/Unsecured<br>ACCT: XXXXX2331<br>COMM: #3<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

Dated: July 15, 2020
STL_NTCPAYCLM -- GV

/s/ Diana S. Daugherty

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on July 15, 2020, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on July 15, 2020.

DOUGLASS E SHRUM
CYNTHIA L SHRUM
3480 FALCON AVE
BRIDGETON, MO 63044-3126

/s/Diana S. Daugherty
Diana S. Daugherty